**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Antoine Clemons,

                            Case No. 21-CV-1886 (KMM/TNL)

                    Plaintiff,

v.                                          **ORDER**

Federal Prison Camp Warden B. Birkholz,
and the Director of the Federal Bureau of
Prisons,

                    Respondents.

---

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Tony L. Leung dated May 30, 2023. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

IT IS HEREBY ORDERED:

1. Mr. Clemons's Petition for Writ of Habeas Corpus be **DENIED.**

2. This matter be **DISMISSED.**

**Let Judgment Be Entered Accordingly.**[1]

Date: **June 21, 2023**                    *s/ Katherine M. Menendez*
                                             Katherine M. Menendez
                                             United States District Judge

---

[1] After filing this petition, Mr. Clemons was transferred and is now being supervised by the Federal Bureau of Prisons' RRM Kansas City field office.  The Clerk of Court is directed to send a copy of this Order to Petition in care of the RRM Kansas City field office in an attempt to reach him.

Antoine Clemons, Reg. No. 14944-030
c/o RRM Kansas City,
Residential Reentry Office
400 State Ave., Suite 800
Kansas City, KS 66101